EMMA COHN, Respondent, *v.* CATSKILL MOUNTAIN RAILWAY COMPANY, Appellant.

*Cohn* v. *Catskill Mountain Ry. Co.*, 135 App. Div. 920, affirmed (Argued May 9, 1911; decided May 30, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 5, 1910, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*Frank H. Osborn* for appellant.

*Herman Gottlieb* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ. Absent: HISCOCK, J.